# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 8:25MJ546 |
| WILDERMAL MARQUEZ BREA and ORLANDO MIRABAL | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 17-18, 2025  in the county of  Hall  in the _____ District of  Nebraska , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Bank Burglary and Larceny |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Brandon Stigge, TFO FBI
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☑ Sworn to before me by telephone or other reliable electronic means.

Date: 10/2/2025

*Judge's signature*

City and state:  Omaha, Nebraska

Ryan C. Carson, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

DISTRICT OF NEBRASKA            )
                                )   ss.    Affidavit of TFO BRANDON STIGGE
COUNTY OF DOUGLAS               )

I, Brandon Stigge, having been first duly sworn, do hereby depose and state as follows:

1. Your affiant, Brandon Stigge is a Task Force Officer assigned to FBI Omaha. In my duties as a task force officer, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I have been a Task Force Officer with the Federal Bureau of Investigation ("FBI") since February of 2016. I am currently assigned to the Cyber Task Force (CTF) of the FBI's Omaha Division. My responsibilities include the investigation of possible violations of federal law.

2. The United States is investigating a large-scale conspiracy to steal money from Automatic Teller Machines ("ATM") through the use of malware, a scheme referred to as ATM jackpotting. More specifically, ATM jackpotting is a scheme in which a crew of individuals travels to different jurisdictions and installs malicious software ("malware") on an ATM hard drive ("HD") to force the ATM to withdraw cash. Each member of the crew has their own specific role. These individuals often have a pre-programmed computer and/or a Raspberry Pi[1] device to install the malware onto the ATM's HD. It is common for the person removing the ATM hard drive to dress like an ATM technician. A crew often has a "scout" to find ATMs, a driver, a person to install the malware, and a person to withdraw the cash from the ATM once the malware is installed. The investigation concerns possible violations of, inter alia, 18 U.S.C. §§ 2113 (Bank burglary and larceny)

3. This Affidavit is submitted in support of a criminal complaint and arrest warrant for Wildermal Marquez Brea (dob 3/17/98) and Orlando Mirabal (dob 8/31/86) for violations of Title 18, United States Code, Section 2113 (Bank Burglary). Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not set forth each and every fact known to me regarding this investigation. The statements contained in this affidavit are based in part on the investigation that I have conducted and information provided to me by other law enforcement officers verbally and through written reports.

4. On or about September 17th, 2025 through September 18th, 2025, two subjects manipulated an ATM at Equitable Bank on 619 N Diers Avenue, Grand Island, NE. According to initial reports, subjects accessed the internal components of an ATM in the drive thru lane of Equitable Bank. Banking personnel reported that the ATM hard drive was removed and a set of pliers were left behind inside the machine. See below:

1



5. Grand Island Police Officer T. Champion reported that the bank video surveillance depicts a white Toyota four door sedan driving into the drive thru lane at approximately 11:42 PM on 9/17/2025. A male can be seen exiting the sedan, opening the ATM hood and taking photographs of the internal components. See below:



6. At approximately 0103 on 9/18/2025 hours bank surveillance video depicts a male subject wearing a blue hooded sweatshirt and a dark colored hat exiting

the vehicle, and gathering what appears to be hand tools in an effort to manipulate hardware in the ATM. See below:



7. At approximately 0104 hours on 9/18/2025, bank surveillance video depicts the driver of the white sedan holding the door open of the back driver's side door. It appears the driver is wearing a red long sleeve with a white design on the sleeve. See below:



8. At approximately 0118 on 9/18/2025 hours, bank surveillance video depicts the same male subject wearing a blue hooded sweatshirt and a dark colored hat exiting the vehicle. He can also be seen wearing pants with three white stripes and light colored tennis shoes. He opens the ATM again and pulls the tray from

3

open, and retrieves something (appears to be a cell phone) from inside the machine. See below:





9. At approximately 0124 hours, on 9/18/2025, Nebraska State Patrol, Trooper J Lonnborg initiated a traffic stop at 1215 Allen Drive in Grand Island, NE on a white Toyota sedan, for a traffic violation concerning the taillights of the vehicle. Upon contact with the vehicle, Trooper Lonnborg observed two males, one sitting in the driver's seat with a red sweatshirt, and the passenger in a blue sweatshirt in the backseat behind the driver. This is the same seating positions as was depicted in the bank surveillance video.

4



10. Trooper Lonnborg requested the driver to exit the vehicle during the traffic stop be seen wearing a red sweatshirt with white lettering on the sleeve. The clothing matches the clothing seen in the bank surveillance. See below:



11. The driver offered a name of Carlos Jose Ramirez Contreas with a date of birth as 8-31-1987. He initially stated that he had no documents that identified him. Trooper Lonnborg subsequently arrested the driver for having No Operators Permit. Upon search incident to arrest, he located a wallet in the back pocket of the driver. Inside the wallet was a Venezuelan Identification card with the

5

name Orlando Mirabal with a date of birth 8/31/1986.
12. Nebraska State Trooper D. Gonzalez Nuno arrived to assist on the traffic stop and provide Spanish translation. She made contact with the male passenger in the backseat. When he was asked to exit the vehicle, he was wearing similar clothing that was depicted in the bank surveillance. See below:



13. The passenger stated that his name is Jose Antonio with a date of birth as 03-17-1997. State Troopers were also able identify this individual as Wildermal Marquez Brea with a date of birth of 03-17-1998 by utilizing a Venezuela Identification. Both he and Orlando admitted to providing false names to law enforcement on scene. Wildermal was arrested for Obstructing Justice.
14. On 9/19/2025, Grand Island Police Department (GIPD) was made aware of the traffic stop and arrest of Wildermal Marquez Brea and Orlando Mirabal. A State search warrant was conducted on the Toyota Prius. Within the vehicle, GIPD located hard drives, ATM keys, a Motorola cell phone, a laptop, a SATA hard drive adapter, as well as tools. GIPD reported that other electronics used in ATM jackpottings were located as well. Photographs of the some of the items seized in the vehicle can be seen below:

6



15. The bank Manager of Equitable Bank confirmed there was $42,780 inside the machine at the time of the attempt, and she added that there was damage caused to the ATM when the hard drive was extracted. The damages sustained were estimated at $3,000.00. The Vice President of Equitable bank confirmed that the Avant 240 GB solid state drive (SSD) that was located in the vehicle was in fact the same SSD based on the Serial Number on the drive.
16. Based on the video surveillance provided by Equitable Bank and video obtained from the Nebraska State Patrol traffic stop, Wildermal Marquez Brea and Orlando Mirabal were identified as the persons responsible for the jackpotting incident at Equitable Bank.
17. Wildermal Antonio Marquez Brea and Orlando Mirabal are Venezuelan nationals with ICE detainers in place, currently pending removal proceedings.
18. Based on the foregoing, your affiant submits that there is probable cause to believe that Orlando Mirabal and Wildermal Antonio Marquez Brea committed a violation of Title 18, United States Code 2113.

7

                                        Brandon Stigge – Task Force Officer
                                        Papillion Police Department
                                        Federal Bureau of Investigation

Sworn to before me by telephone or other reliable electronic means:

Date: October 2, 2025

City and State: Omaha, Nebraska

                                        Ryan C. Carson, U.S. Magistrate Judge

8